IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 7:06cr00022-1 |
|---|---|---|
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DAVID EDWARD ADAMS, | ) | By: Michael F. Urbanski |
| Petitioner. | ) | Chief United States District Judge |

David Edward Adms, a federal inmate proceeding pro se, filed a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Upon review of the motion and court records, however, the court concludes that the current § 2255 motion must be dismissed as an unauthorized, successive motion.

Adams challenges his sentence of 248 months for conspiring to distribute methamphetamine and possessing a firearm in relation to a drug trafficking crime. Court records indicate that Adams previously filed a § 2255 motion regarding the same convictions and sentence, which the court denied. See ECF Nos. 58, 61, and 62. The court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). As Adams has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, the court must dismiss the current action without prejudice.

ENTER: This 27th day of February, 2019.

/s/ Michael F. Urbanski
Chief United States District Judge